**From:** Benefits Administration [mailto:benefits.administration@tn.gov]
**Sent:** Monday, September 26, 2016 10:29 AM
**To:** Tammy Rather <tammy.rather@capitol.tn.gov>
**Subject:** [Request received] Insurance question

##- Please type your reply above this line -##

Your request (25671) has been received and is being reviewed by our support staff.

To add additional comments, reply to this email.



**Angie** (State of Tennessee - Benefits Administration)

Sep 26, 10:29 CDT

Hello Ms. Rather,

This is for your response to former Representative Jeremy Durham's question about the status of his health insurance coverage. The General Assembly voted to expel Representative Durham on September 13. Therefore, his coverage as an active State employee will terminate on September 30. He is eligible for continuation coverage under COBRA, and a letter informing him of that was mailed on September 21. The letter describes the procedures for obtaining COBRA coverage.

The question of whether former Representative Durham is entitled to lifetime coverage as a retiree was decided by Commissioner Martin after consultation with the Attorney General's office. It is the Department's decision that expulsion from the General Assembly does not constitute "retirement" that the law requires for lifetime coverage, so former Representative Durham is not entitled to that benefit. The Attorney General interpreted "retirement" to exclude expulsion in Attorney General Opinion 80-147.

Benefits Administration will issue a written response to former Representative Durham's application for retirement coverage.

Regards,

Angie Gargaro
Benefits Administration

This transmission, regardless of modality, contains confidential information and may be subject to protection under the law, including the Health Insurance Portability and Accountability ACT (HIPAA). If you are not the intended recipient, or an authorized agent for the intended recipient, you are hereby notified that use, such as but not limited to disclosure, copying, or distribution, is PROHIBITED! Please destroy any and all copies immediately and notify the sender of this erroneous receipt.

This email is a service from State of Tennessee - Benefits Administration. Delivered by Zendesk