IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JEREMY R. DURHAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| LARRY MARTIN, as Commissioner of ) | Case No. 3:17-cv-01172 |
| Finance and Administration of the State ) | Judge Aleta A. Trauger |
| of Tennessee, in his official capacity; ) | |
| CONNIE RIDLEY, as Director of ) | |
| Legislative Administration for the State ) | |
| of Tennessee, in her official capacity; ) | |
| and DAVID H. LILLARD, JR., as ) | |
| Treasurer of the State of Tennessee, ) | |
| ) | |
| Defendants. ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum, the defendants' Motion to Dismiss (Doc. No. 8) is **GRANTED**, and this case is **DISMISSED WITH PREJUDICE**.

This is the final Order in this case for purposes of Fed. R. Civ. P. 58.

It is so **ORDERED**.

ENTER this 8th day of December 2017.

_____
ALETA A. TRAUGER
United States District Judge